IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

EUGENE J. NELSON, et al,  )
                                 Plaintiffs,  )   No. 15 cv 2074 EJM
vs.                                      )
                                        )   JUDGMENT IN A CIVIL CASE
CHARLES CITY COMMUNITY  )
SCHOOL DISTRICT,  )
                                 Defendant.  )

**DECISION BY COURT**: This action came on for decision before the court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Judgment in accordance with the attached.

Approved as to form:

_Edward J. McManus_
Edward J. McManus, Judge
UNITED STATES DISTRICT COURT

Dated: November 4, 2016


Dated: November 4, 2016

                                        ROBERT L. PHELPS
                                        Clerk

                                        (By) Clerk